UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: Fosamax Products Liability :
Litigation :
                                                    :   1:06-md-1789 (JFK)
                                                    :          Order
------------------------------------------------------------x
This Document Relates to: All Actions :
                                                    :
------------------------------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

      Anthony G. Brazil's application for admission pro hac vice is DENIED because the applicant has not submitted a certificate of good standing "which has been issued within thirty (30) days" by a court in the state to which he is a member of the bar, as required by Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

SO ORDERED.

Dated:    New York, New York
            November 26, 2007

                                           _/s/ John F. Keenan_
                                           JOHN F. KEENAN
                                           United States District Judge